IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| **Ramona J. Gergeni,** | : | |
| | : | |
| Plaintiff, | : | **CASE NO.: 17-CV-4037-LRR** |
| v. | : | |
| | : | |
| **THE EVANGELICAL LUTHERAN** | : | |
| **GOOD SAMARITAN SOCIETY, a** | : | |
| **North Dakota Corporation, d/b/a** | : | |
| **GOOD SAMARITAN SOCIETY –** | : | |
| **LEMARS** | : | |
| | : | |
| **Defendant.** | : | |

## DEFENDANT'S MOTION TO CONFIRM ARBITRATION ORDER AND DISMISS WITH PREJUDICE

Defendant, The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society –LeMars ("Good Samaritan"), through undersigned counsel, seeks confirmation of an arbitration award against Plaintiff Ramona Gergeni ("Gergeni" or "Plaintiff") pursuant to 9 U.S.C. § 9, and an entry of judgment in conformity with the Arbitration Agreement between the parties and in conformity with the arbitration award itself. Defendant also seeks to dismiss this action with prejudice. In support of this motion, Good Samaritan submits its accompanying memorandum of law and states as follows:

1. On May 30, 2017, Plaintiff filed her Complaint against Good Samaritan in this Court. [Dkt. 1].

2. On July 18, 2017, Plaintiff served the Complaint on Good Samaritan. [Dkt. 3].

3. On July 27, 2017, Good Samaritan filed a Motion to Stay Proceedings and Compel Arbitration pursuant to the parties' arbitration agreement. [Dkt. 4].

4. On March 6, 2018, the Court granted Good Samaritan's motion and compelled the parties to arbitrate the dispute. [Dkt. 13].

5. The arbitration was held on September 10 and 11, 2019, before arbitrator Mark McCormick.

6. On October 22, 2019, the arbitrator issued his award and entered judgment in favor of Good Samaritan and denying Plaintiff's claim in its entirety. *See* Declaration of Catherine A. Cano attached as Exhibit A at ¶ 5; Exhibit D.

7. Good Samaritan respectfully requests that this Court confirm the award and dismiss this action with prejudice.

Dated: January 31, 2020

<div style="margin-left: 3em;">

THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY

By: */s/ Catherine A. Cano*
Sarah J. Millsap, AT0007538
Catherine A. Cano, AT00011540
JACKSON LEWIS, P.C.
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
(402) 391-1991
(402) 391-7363 – FAX
Sarah.Millsap@jacksonlewis.com
Catherine.Cano@jacksonlewis.com
Attorneys for Respondent

</div>

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on January 31, 2020, a true and correct copy of the above and foregoing document was served via CM/ECF on the following:

Stanley Munger
Munger, Reinschmidt & Denne, L.L.P.
600 4th Street, Suite 303
Sioux City, IA 51102
Phone: (712) 233-3635
Email: stanmunger@mrdlaw.net

                                                      */s/Catherine A. Cano*
                                                      Catherine A. Cano

4812-9485-5595, v. 2